

| LARRY CHAMBERS AND ABIE WOLF, | § | No. 08-18-00213-CV |
|---|---|---|
| | § | |
| Appellants, | § | Appeal from the |
| | § | County Court at Law Number Three |
| v. | § | of El Paso County, Texas |
| JUAN CARLOS GARAY, | § | (TC# 2018DCV1553) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  We further order that Appellee recover from the Appellants and their sureties, if any, see TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Yanez, Senior Justice
Yanez, Senior Justice (Sitting by Assignment)